IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANIMAL LEAGUE DEFENSE FUND;
ANIMAL EQUALITY; CENTER FOR
BIOLOGICAL DIVERSITY; and FOOD
CHAIN WORKERS ALLIANCE                                           PLAINTIFFS

v.                                    4:19cv00442 JM

JONATHAN AND DEANN VAUGHT,
d/b/a PRAYER CREEK FARM; and
PECO FOODS, INC.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14rd day of February, 2020.

_____
James M. Moody Jr.
United States District Judge