IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND; ANIMAL EQUALITY; CENTER FOR BIOLOGICAL DIVERSITY; and FOOD CHAIN WORKERS ALLIANCE,<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN and DeANN VAUGHT, doing business as Prayer Creek Farms; and PECO FOODS, INC.<br><br>    Defendants. | Case No.: 4:19-cv-442-JM |

### NOTICE OF PLAINTIFFS' SERVICE OF COMPLAINT ON ARKANSAS ATTORNEY GENERAL

Please take notice that pursuant to the Court's Order, Dkt. No. 68, and Federal Rule of Civil Procedure 5.1, as reflected in the attached receipts, Plaintiffs provided the Arkansas Attorney General a copy of the Complaint in this matter via certified mail and electronic mail. At the direction of the Arkansas Attorney General's Office, Plaintiffs sent the Complaint, with Exhibit A to:

Leslie Rutledge
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
OAG@ArkansasAG.gov

In their communications with the office, Plaintiffs stated that the enclosed complaint calls into question the constitutionality of a state statute and does not name the state, its agencies, or one of its officers or employees in an official capacity as a defendant in the matter. Plaintiffs further noted that Plaintiffs provided notice of the suit when it was filed and that the Eighth Circuit had

1

notified the office about the suit when it was on appeal, but that the suit had since been remanded and the parties and Court agreed additional notice was appropriate. Plaintiffs shared the materials they sent via electronic mail with Defendants and offered to make any changes or take any additional steps that Defendants believed appropriate to facilitate notice. Defendants offered none.

November 2, 2021

Respectfully submitted,

/s/ *David S. Muraskin*

David S. Muraskin
Public Justice, P.C.
1620 L. St, NW, Suite 630
Washington, DC 20036
(202) 861-5245
dmuraskin@publicjustice.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel for all parties.

>/s/ *David S. Muraskin*
>David S. Muraskin
>Public Justice, P.C.
>1620 L. St, NW, Suite 630
>Washington, DC 20036
>(202) 861-5245
>dmuraskin@publicjustice.net

3

| | |
|---|---|
| **From:** | David Muraskin |
| **To:** | OAG@ArkansasAG.gov |
| **Subject:** | Notice Pursuant to Federal Rule of Civil Procedure 5.1, 4:19-cv-00442-JM, Animal Legal Defense Fund v. Vaught |
| **Date:** | Tuesday, October 19, 2021 3:55:00 PM |
| **Attachments:** | 2021.10.19 AR AG notice signed.pdf<br>image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

To Whom It May Concern:

Please see the attached document providing you notice of a challenge that calls into question the constitutionality of a state statute, but does not involve the state, its agencies, or one of its officers or employees in an official capacity as a party.

If you have any questions or concerns, I can be reached via the contact information below.

Sincerely,



**David S. Muraskin**
*Food Project Litigation Director*
Pronouns: He/Him
dmuraskin@publicjustice.net
publicjustice.net

1620 L Street NW, Suite 630, Washington, DC 20036
Office: (202) 861-5245
Cell: (267) 761-8448
Follow us:
https://food.publicjustice.net/

**Help Us Fight for a Just Food System**. Support the work of the Public Justice Food Project Today!



# UNITED STATES POSTAL SERVICE.

14TH STREET
2000 14TH ST NW STE 104
WASHINGTON, DC 20009-9993
(800)275-8777

10/20/2021                      02:16 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.49 | $1.49 |
| First-Class Mail® Large Envelope | 1 | | $3.36 |
| Little Rock, AR 72201 | | | |
| Weight: 0 lb 11.50 oz | | | |
| Estimated Delivery Date | | | |
| Mon 10/25/2021 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70201810000124599359 | | | |
| Total | | | $7.11 |

Grand Total: $8.60

Credit Card Remitted      $8.60
Card Name: MasterCard
Account #: XXXXXXXXXXXX3755
Approval #: 92258P
Transaction #: 577
AID: A0000000041010      Chip
AL: Mastercard
PIN: Not Required      Mastercard

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 104918-0275
Receipt #: 840-52000017-1-4375899-1
Clerk: 12

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee   $3.75      0275  12

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage   $2.36

Total Postage and Fees   $7.11      10/20/2021

Sent To: Arkansas Attorney Generals office
Street and Apt. No., or PO Box No: 323 Center Street Suite 200
City, State, ZIP+4: Little Rock, AR 72201

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70201810000124599359

Your item was picked up at a postal facility at 5:52 am on October 26, 2021 in LITTLE ROCK, AR 72202.

## ✓ Delivered, Individual Picked Up at Postal Facility

October 26, 2021 at 5:52 am
LITTLE ROCK, AR 72202

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

October 26, 2021, 5:52 am
Delivered, Individual Picked Up at Postal Facility
LITTLE ROCK, AR 72202
Your item was picked up at a postal facility at 5:52 am on October 26, 2021 in LITTLE ROCK, AR 72202.

October 25, 2021, 8:54 am
Delivery Attempted - No Access to Delivery Location
LITTLE ROCK, AR 72201

October 25, 2021, 6:43 am
Out for Delivery

LITTLE ROCK, AR 72201

**October 25, 2021, 6:32 am**
Arrived at Post Office
LITTLE ROCK, AR 72202

**October 25, 2021, 4:06 am**
Arrived at USPS Facility
LITTLE ROCK, AR 72202

**October 25, 2021, 3:50 am**
Departed USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER

**October 24, 2021**
In Transit to Next Facility

**October 23, 2021, 10:15 pm**
Arrived at USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER

**October 23, 2021, 9:42 pm**
Departed USPS Regional Facility
LITTLE ROCK AR DISTRIBUTION CENTER ANNEX

**October 23, 2021, 5:39 pm**
Arrived at USPS Regional Destination Facility
LITTLE ROCK AR DISTRIBUTION CENTER ANNEX

**October 20, 2021, 8:40 pm**
Arrived at USPS Regional Origin Facility
WASHINGTON DC DISTRIBUTION CENTER

**October 20, 2021, 2:14 pm**
USPS in possession of item
WASHINGTON, DC 20009

Feedback

**Product Information** 

---

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback