IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANIMAL LEGAL DEFENSE FUND;
ANIMAL EQUALITY; CENTER FOR
BIOLOGICAL DIVERSITY; and FOOD
CHAIN WORKERS ALLIANCE                                              PLAINTIFFS

v.                                  No. 4:19-CV-00442-JM

JONATHAN and DEANN VAUGHT,
D/B/A PRAYER CREEK FARM; and
PECO FOODS, INC.                                                    DEFENDANT

## AGREED ORDER OF DISMISSAL OF VAUGHT DEFENDANTS

Defendants Jonathan and DeAnn Vaught waived their causes of action against Plaintiffs under Arkansas Code § 16-118-113, Dkt. No. 70, and filed a motion arguing that, as a result of the waiver, Plaintiffs' claims against them are moot, Dkt. Nos. 72 & 73.  Based on the binding waiver, Dkt. No. 70, Plaintiffs agree that Jonathan and DeAnn Vaught should be dismissed as Defendants from this case.  Therefore, the Court hereby dismisses Defendants Jonathan and DeAnn Vaught from this case.  All other pending motions by Jonathan and DeAnn Vaught are denied as moot. This Order does not impact proceedings against Defendant Peco Foods, Inc. All Plaintiffs and Jonathan and DeAnn Vaught shall bear their own fees and costs.

December 3, 2021                                    _____
                                                    James M. Moody
                                                    United States District Judge

APPROVED BY:

/s/ Roger D. Rowe
Roger D. Rowe (85140)
LAX, VAUGHAN, FORTSON,
   ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565 Office
(501) 376-6666 Facsimile
rrowe@laxvaughan.com
*Attorneys for Jonathan and DeAnn Vaught*


/s/ David Samuel Muraskin
David Samuel Muraskin
Public Justice P.C.
1620 L. Street N.W.
Suite 630
Washington, DC 20036
dmuraskin@publicjustice.net
*Attorney for Plaintiffs*