IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANIMAL LEAGUE DEFENSE FUND;
ANIMAL EQUALITY; CENTER FOR
BIOLOGICAL DIVERSITY; and FOOD
CHAIN WORKERS ALLIANCE                                              PLAINTIFFS

v.                              4:19cv00442 JM

PECO FOODS, INC.                                                    DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this day, the complaint is dismissed without prejudice.

IT IS SO ORDERED this 31st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE